UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS MERRILL,

                    Plaintiff,

       v.                                          No. 14 Civ. 9763

ERIC HOLDER, Jr., in his official capacity as      ECF Case
Attorney General of the United States, and
JAMES B. COMEY, in his official capacity as
Director of the Federal Bureau of Investigation,

                    Defendants.

## PROOF OF SERVICE

I, Jonathan M. Manes, hereby declare:

1.      I am over 18 years of age and am not a party to the above-captioned action.

2.      On December 18, 2014, I served the defendant Eric Holder, Jr., by mailing a copy

of the Summons, Complaint, Related Case Statement, Civil Cover Sheet, Electronic Case Filing

Rules, and Individual Rules of Practice of Judge Victor Marrero to Eric Holder, Jr., United States

Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530, via U.S. Postal

Service certified mail, tracking number 70131090000098317328.  The certified mail receipt and

corresponding postal service tracking sheet, both attached hereto, show that these documents

were received on December 29, 2014.

3.      On December 18, 2014, I served the defendant James B. Comey by mailing a

copy of the Summons, Complaint, Related Case Statement, Civil Cover Sheet, Electronic Case

Filing Rules, and Individual Rules of Practice of Judge Victor Marrero to James B. Comey,

Federal Bureau of Investigation, 935 Pennsylvania Ave., N.W., Washington, D.C. 20535, via

U.S. Postal Service certified mail, tracking number 70131090000098317304. The certified mail receipt and corresponding postal service tracking sheet, both attached hereto, show that these documents were received on December 29, 2014.

4.     On December 18, 2014, I served the Attorney General of the United States by mailing a copy of the Summonses, Complaint, Related Case Statement, Civil Cover Sheet, Electronic Case Filing Rules, and Individual Rules of Practice of Judge Victor Marrero to Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530, via U.S. Postal Service certified mail, tracking number 70131090000098317311. The certified mail receipt and corresponding postal service tracking sheet, both attached hereto, show that these documents were received on December 29, 2014.

5.     On December 18, 2014, I served the United States Attorney's Office for the Southern District of New York by mailing a copy of the Summonses, Complaint, Related Case Statement, Civil Cover Sheet, Electronic Case Filing Rules, and Individual Rules of Practice of Judge Victor Marrero to Attn: Civil Process Clerk, United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York City, NY 10007, via U.S. Postal Service certified mail, tracking number 70131090000098317335. The certified mail receipt and corresponding postal service tracking sheet, both attached hereto, show that these documents were received on December 22, 2014.

6.     Electronic copies of the Summonses, Complaint, Related Case Statement and Civil Cover Sheet were also sent to Assistant United States Attorney Benjamin Torrance via e-mail on December 22, 2014, as a courtesy. Mr. Torrance acknowledged receipt via e-mail the following day, December 23, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January 2015 at New Haven, CT.

Jonathan M. Manes
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Tel: (203) 432-9387
Fax: (203) 432-3034
jonathan.manes@yale.edu

3

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $  $5.75 | 0520 |
| Certified Fee | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $9.05 | 12/18/2014 |

Sent To ERIC HOLDER, JR., U.S. DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE, N.W.
City, State, ZIP+4 WASHINGTON, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7013 1090 0000 9831 7328



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20535

| | | |
|---|---|---|
| Postage | $  $5.75 | 0520 |
| Certified Fee | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $9.05 | 12/18/2014 |

Sent To JAMES B. COMEY, FEDERAL BUREAU OF INV.
Street, Apt. No.; or PO Box No. 935 PENNSYLVANIA AVE, N.W.
City, State, ZIP+4 WASHINGTON, DC 20535

PS Form 3800, August 2006          See Reverse for Instructions

7013 1090 0000 9831 7304



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $  $5.75 | 0520 |
| Certified Fee | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $9.05 | 12/18/2014 |

Sent To ATTORNEY GENERAL OF THE UNITED STATES, USDOJ
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE., N.W.
City, State, ZIP+4 WASHINGTON, D.C. 20530

PS Form 3800, August 2006          See Reverse for Instructions

7013 1090 0000 9831 7311



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10007

| | | |
|---|---|---|
| Postage | $  $5.75 | 0520 |
| Certified Fee | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $9.05 | 12/18/2014 |

Sent To CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE, SDNY
Street, Apt. No.; or PO Box No. 86 CHAMBERS STREET, 3RD FLOOR
City, State, ZIP+4 NEW YORK, NY 10007

PS Form 3800, August 2006          See Reverse for Instructions

7013 1090 0000 9831 7335

English          Customer Service          USPS Mobile                                    Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70131090000098317328**

**Updated Delivery Day:** Friday, December 26, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 29, 2014 , 5:17 am** | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 5:17 am on December 29, 2014 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| December 24, 2014 , 12:17 pm | Available for Pickup | WASHINGTON, DC 20530 |
| December 24, 2014 , 10:56 am | Arrived at Unit | WASHINGTON, DC 20018 |
| December 21, 2014 , 8:03 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| December 19, 2014 , 3:39 am | Departed USPS Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 10:57 pm | Arrived at USPS Origin Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 5:16 pm | Departed Post Office | NEW HAVEN, CT 06511 |
| December 18, 2014 , 4:44 pm | Acceptance | NEW HAVEN, CT 06511 |

## Track Another Package

**Tracking (or receipt) number**

**Track It**



English          Customer Service          USPS Mobile                                    Register / Sign In



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000098317304

**Updated Delivery Day:** Saturday, December 27, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 29, 2014 , 7:08 am** | **Delivered** | **WASHINGTON, DC 20535** |
| | Your item was delivered at 7:08 am on December 29, 2014 in WASHINGTON, DC 20535. | |
| December 26, 2014 , 12:36 pm | Available for Pickup | WASHINGTON, DC 20535 |
| December 26, 2014 , 12:01 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| December 21, 2014 , 8:03 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| December 19, 2014 , 3:39 am | Departed USPS Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 10:58 pm | Arrived at USPS Origin Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 5:16 pm | Departed Post Office | NEW HAVEN, CT 06511 |
| December 18, 2014 , 4:41 pm | Acceptance | NEW HAVEN, CT 06511 |

## Track Another Package

**Tracking (or receipt) number**

[                                                    ]    **Track It**

English          Customer Service          USPS Mobile                                    Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000098317311

**Updated Delivery Day:** Friday, December 26, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 29, 2014 , 5:17 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 5:17 am on December 29, 2014 in WASHINGTON, DC 20530. | | |
| December 24, 2014 , 12:17 pm | Available for Pickup | WASHINGTON, DC 20530 |
| December 24, 2014 , 10:44 am | Arrived at Unit | WASHINGTON, DC 20018 |
| December 21, 2014 , 8:03 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| December 19, 2014 , 3:39 am | Departed USPS Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 10:59 pm | Arrived at USPS Origin Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 5:16 pm | Departed Post Office | NEW HAVEN, CT 06511 |
| December 18, 2014 , 4:42 pm | Acceptance | NEW HAVEN, CT 06511 |

## Track Another Package

**Tracking (or receipt) number**

**Track It**

English          Customer Service          USPS Mobile                                    Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70131090000098317335

**Updated Delivery Day:** Tuesday, December 23, 2014

## Product & Tracking Information

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail 2-Day™ | Certified Mail™ | Up to $50 insurance included Restrictions Apply |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 22, 2014 , 1:46 pm** | **Delivered** | **NEW YORK, NY 10007** |

Your item was delivered at 1:46 pm on December 22, 2014 in NEW YORK, NY 10007.

| | | |
|---|---|---|
| December 22, 2014 , 9:59 am | Arrived at Unit | NEW YORK, NY 10007 |
| December 20, 2014 , 4:42 am | Departed USPS Facility | NEW YORK, NY 10199 |
| December 20, 2014 , 3:11 am | Arrived at USPS Facility | NEW YORK, NY 10199 |
| December 19, 2014 , 3:39 am | Departed USPS Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 10:58 pm | Arrived at USPS Origin Facility | SPRINGFIELD, MA 01152 |
| December 18, 2014 , 5:16 pm | Departed Post Office | NEW HAVEN, CT 06511 |
| December 18, 2014 , 4:43 pm | Acceptance | NEW HAVEN, CT 06511 |

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

## Track Another Package

**Tracking (or receipt) number**

**Track It**