

# Yale Law School
MEDIA FREEDOM AND INFORMATION ACCESS CLINIC
INFORMATION SOCIETY PROJECT

March 5, 2015

**BY FACSIMILE**

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312
T: (212) 805-6374
F: (212) 805-6382



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/15

Re: **Pre-Motion Conference and Request for Change to Briefing Schedule**
*Nicholas Merrill v. Eric Holder et ano.*, No. 14 Civ. 9763 (VM).

Dear Judge Marrero,

We are counsel for the plaintiff in the above-captioned case. We write to propose a time for a pre-motion conference, as directed by the Court earlier today. We have conferred with the government and have agreed upon a mutually acceptable time, set forth below, for the Court's consideration.

We also write respectfully to request a delay of three business days in the briefing schedule that Your Honor approved yesterday afternoon. *See* ECF No. 5. Counsel for the defendants has consented to this request.

This short extension is necessary because of an illness that has made it difficult or impossible for plaintiff's counsel to finalize its summary judgment submission by the current deadline. Plaintiff has not previously requested any extensions of time in this matter.

In light of the above, the parties propose following revised schedule:

| | |
|---|---|
| Mar. 9, 2015: | Pre-motion telephonic conference with the Court at 1:30 p.m. Plaintiff will initiate the phone call. |
| Mar. 11, 2015: | Plaintiff will file a motion for summary judgment. |
| Apr. 8, 2015: | Defendants will file a cross-motion to dismiss or for summary judgment and a response in opposition to Plaintiff's motion. Defendants' time to file an Answer or otherwise respond to the Complaint shall be postponed through this date. |
| May 6, 2015: | Plaintiff will file an opposition to Defendants' cross-motion and a reply in support of Plaintiff's motion for summary judgment. |
| May 20, 2015: | Defendants will file a reply in support of their cross-motion. |

We respectfully ask the Court to so-order this proposed schedule.

Respectfully submitted,

MEDIA FREEDOM AND INFORMATION
ACCESS CLINIC
YALE LAW SCHOOL

By: *Jonathan Manes* /AL/
Jonathan M. Manes
*Counsel for the Plaintiff*

cc:  Benjamin Torrance, Assistant U.S. Attorney, via e-mail.

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff.

SO ORDERED.

3-9-15
DATE        VICTOR MARRERO, U.S.D.J.