

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 13, 2015

By fax: 212.805.6382

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/15
```

Re:   *Merrill v. Holder*, 14 Civ. 9763 (VM)

Dear Judge Marrero:

     This Office represents defendants (the "government") in the above-named action. Pursuant to the stipulation and order recently entered by the Court, the parties are required to confer and agree on redactions to merits briefing within two business days of filing. Due to the temporary absence on military leave of the Federal Bureau of Investigation's assistant general counsel assigned to this case, as well as the delay in receiving plaintiff's papers necessitated by his counsel's presence outside New York City, the government seeks an extension of time through Tuesday, March 17, 2015. This is the government's first request for this extension. Counsel for plaintiff consents to this request.

                            Respectfully,

                            PREET BHARARA
                            United States Attorney

By:   _____
      BENJAMIN H. TORRANCE
      Assistant United States Attorney
      Telephone: 212.637.2703
      Fax: 212.637.2702
      E-mail: benjamin.torrance@usdoj.gov

cc:   Jonathan Manes, by email

```
SO ORDERED.

3-13-15    _____
DATE       VICTOR MARRERO, U.S.D.J.
```