**EXHIBIT A**



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

██████████ ████ 2004

President ██████████
██████████

Dear ████

     Under the authority of Executive Order 12333, dated December 4, 1981, and pursuant to Title 18, United States Code (U.S.C.), Section 2709 (as amended, October 26, 2001), you are hereby directed to provide the Federal Bureau of Investigation (FBI) the names, addresses, lengths of service and electronic communication transactional records, to include existing transaction/activity logs and all e-mail header information (not to include message content and/or subject fields), for the below-listed email address:



     In accordance with Title 18, U.S.C., Section 2709(b), I certify that the information sought is relevant to an authorized investigation to protect against international terrorism or clandestine intelligence activities, and that such an investigation of a United States person is not conducted solely on the basis of activities protected by the First Amendment to the Constitution of the United States.

     You are further advised that Title 18, U.S.C., Section 2709(c), prohibits any officer, employee or agent of yours from disclosing to any person that the FBI has sought or obtained access to information or records under these provisions.

     You are requested to provide records responsive to this request **personally** to a representative of the ██████████ ██████████ of the FBI. Any questions you have regarding this request should be directed only to the ██████████ Due to security considerations, you should neither send the records through the mail nor disclose the substance of this request in any telephone conversation.

Your cooperation in this matter is greatly appreciated.

Sincerely,

Marion E. Bowman
Senior Counsel
National Security Affairs
Office of the General Counsel