UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x

NICHOLAS MERRILL,

        Plaintiff,

v.

ERIC HOLDER, JR. et al.,

        Defendants.

―――――――――――――――――――――――――― x

14 Civ. 9763 (VM)

**Notice of Motion**

      PLEASE TAKE NOTICE that upon the memorandum of law dated April 24, 2015, the declaration of Gary Douglas Perdue dated April 23, 2015, and all the pleadings previously filed in this action, defendants will move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, or dismissal pursuant to Rule 12(b)(6), and for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the prior order of the Court, plaintiffs are required to serve a copy of responsive papers, if any, on or before June 5, 2015, and defendants are required to serve a copy of reply papers, if any, on or before June 19, 2015.

Dated:   New York, New York
        April 24, 2015

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:   /s/ Benjamin H. Torrance
      BENJAMIN H. TORRANCE
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Telephone: 212.637.2703
      Fax: 212.637.2702
      E-mail: benjamin.torrance@usdoj.gov

To:   by mail:
      Jonathan Manes, Esq.
      Attorneys for Plaintiffs
      Media Freedom & Information Access Clinic, Yale Law School
      P.O. Box 208215
      New Haven, Connecticut 06520