Mr. Nicholas Merrill                                                Page 3

## ATTACHMENT

"In preparing your response to this request, you should determine whether your company maintains the following types of information which may be considered by you to be an electronic communication transactional record in accordance with Title 18, United States Code, Section 2709:



-- Subscriber name
-- Account number
--
-- Address
--                                    telephone number
-- Screen names or other on-line names associated with the account
--
--
-- ▭ billing
-- Internet service provider (ISP)
-- All e-mail addresses associated with account
--
--
--
-- Any other information which you consider to be an electronic communication transactional record

We are not requesting, and you should not provide, information pursuant to this request that would disclose the content of any electronic communication as defined in Title 18, United States Code, Section 2510(8)."