UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

NICHOLAS MERRILL,

           Plaintiff,

  v.

ERIC HOLDER, JR. et al.,

           Defendants.

───────────────────────────────── x

14 Civ. 9763 (VM)

**Local Civil Rule 56.1(b) Statement**

      Pursuant to Local Civil Rule 56.1(b), defendants in the above-named action respond to plaintiff's statement of purportedly undisputed facts as follows:

      Paragraphs 1-7: Admit for the purpose of these cross-motions, except deny paragraph 4.A (*see* Perdue Declaration ¶ 72).

      Paragraphs 8-12: Object, as unsupported by admissible evidence. *See* Fed. R. Civ. P. 56(c)(1)-(2).

      Paragraphs 13-25: Admit for the purpose of these cross-motions.

      Paragraphs 26-29: Object, as unsupported by admissible evidence.

      Paragraph 30: Admit for the purpose of these cross-motions, but object to paragraph 30.A as unsupported by admissible evidence.

      Paragraphs 31-38: Object, as unsupported by admissible evidence.

      Paragraph 39: Admit for the purpose of these cross-motions.

      Paragraph 40: Object, as unsupported by admissible evidence (*see* Perdue Decl. ¶¶ 73-74).

      Paragraph 41: Admit for the purpose of these cross-motions.

      Paragraph 42: Object, as unsupported by admissible evidence.

      Paragraphs 43-48: Admit for the purpose of these cross-motions.

Dated:    New York, New York                Respectfully submitted,
          April 24, 2015

                                            PREET BHARARA
                                            United States Attorney for the
                                            Southern District of New York
                                            Attorney for Defendants

                                       By:  /s/ Benjamin H. Torrance
                                            BENJAMIN H. TORRANCE
                                            Assistant United States Attorney
                                            86 Chambers Street
                                            New York, New York 10007
                                            Telephone: 212.637.2703
                                            Fax: 212.637.2702
                                            E-mail: benjamin.torrance@usdoj.gov