**U.S. Department of Justice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/15

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

By fax: 212.805.6382

July 15, 2015

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



RECEIVED
JUL 15 2015
CHAMBERS OF
JUDGE MARRERO

Re:  *Merrill v. Holder*, 14 Civ. 9763 (VM)

Dear Judge Marrero:

  This Office represents defendants (the "government") in the above-named action. I am writing to request an extension of time for the government to submit its reply memorandum of law, now due July 17, 2015, to July 31, 2015. The government requests this extension to more adequately prepare its motion papers, due to the press of business in other matters. In addition, the government recently submitted a brief to the Ninth Circuit Court of Appeals regarding the effect of recent amendments to the relevant statutes, and the additional time is necessary to coordinate our submissions in both cases. Counsel for plaintiff takes no position on this request and has stated plaintiff will not oppose the request. This is the government's second request for an extension on this submission; the first was granted. Thank you for your consideration.

            Respectfully,

            PREET BHARARA
            United States Attorney

        By:

           BENJAMIN H. TORRANCE
           Assistant United States Attorney
           Telephone: 212.637.2703
           Fax: 212.637.2702
           E-mail: benjamin.torrance@usdoj.gov

cc: Jonathan Manes, by email

> Request GRANTED. The time for the Government to submit its reply to the motion herein is extended to 7-31-15.
>
> SO ORDERED.
>
> 7-15-15
> DATE     VICTOR MARRERO, U.S.D.J.

TOTAL P.02