USDC SDNY

DOCUMENT

ELECTRONICALLY FILED 09/15/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

NICHOLAS MERRILL,

                                         Plaintiff,                                    14 **CIVIL** 9763 (VM)

                -against-                                                              **JUDGMENT**

LORETTA E. LYNCH, in her official
Capacity as Attorney General of
The United States, and
JAMES B. COMEY, in his official
Capacity as Director of the Federal
Bureau of Investigation,
                                         Defendants.
-------------------------------------------------------------X

        Plaintiff having moved for summary judgment (Doc. #16) pursuant to Fed. R. Civ. P. 56, and

the Government opposes Merrill's summary judgment motion, and also moves to dismiss the

Complaint or for summary judgment (Docs. #24, 25), and the matter having come before the

Honorable Victor Marrero, United States District Judge, and the Court, on August 28, 2015, having

rendered its Decision  and Order (Doc.#44) granting the motion for summary judgment (Dkt. No.

16) of Plaintiff Nicholas Merrill; and denying the motion to dismiss the Complaint or for summary

judgment (Dkt. No. 24) of the Government; and directing the Clerk of Court to file the redacted

version of the Decision and Order on the public docket; and also directing  the Clerk of Court to

enter judgment accordingly but stay enforcement of the judgment pending any appeal, or, if no

appeal is filed, for 90 days from the date of the Decision and order; and directing the Clerk of Court

to terminate the motion for summary judgment (Dkt. No. 16) and the motion to dismiss or for

summary judgment (Dkt. No. 24), and to close this case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Decision and Order dated August 28, 2015, it is hereby ordered that the motion for summary

judgment (Dkt. No. 16) of Plaintiff Nicholas Merrill is granted; and it is further ordered that the

motion to dismiss the Complaint or for summary judgment (Dkt. No. 24) of the Government is

denied; and it is further ordered that the Clerk of Court shall file the redacted version of the Decision

and Order on the public docket; and it is further ordered that the judgment shall be entered

accordingly but stay enforcement of the judgment pending any appeal, or, if no appeal is filed, for

90 days from the date of this Decision and order; accordingly, the case is closed.

**Dated:**  New York, New York
       September 15, 2015

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**

**BY:**  _K. mango_
                                                        **Deputy Clerk**