UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS MERRILL,<br><br>                                    Plaintiff,<br><br>    v.<br><br>LORETTA LYNCH, in her official capacity as Attorney General of the United States, and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>                                   Defendants. | 14 CIV. 9763 (VM) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and Rule 54, Plaintiff Nicholas Merrill respectfully moves the Court for an award of attorneys' fees in the amount of $82,689, and costs in the amount of $350. Plaintiff's motion is supported by the accompanying Memorandum of Law, the Second Declaration of Nicholas Merrill, the Second Declaration of Jonathan Manes and accompanying exhibits, and all of the prior proceedings in this case.

                                                                      Respectfully submitted,

                                                                       /s/Jonathan Manes
                                                                       Jonathan Manes, supervising attorney
                                                                       David A. Schulz, supervising attorney
                                                                       MEDIA FREEDOM AND INFORMATION
                                                                       ACCESS CLINIC, YALE LAW SCHOOL
                                                                       P.O. Box. 208215
                                                                       New Haven, CT 06520
                                                                       Tel: (203) 432-9387
                                                                       Fax: (203) 432-3034
                                                                       jonathan.manes@yale.edu

Dated: December 16, 2015                        *Attorneys for Plaintiff Nicholas Merrill*
        New Haven, CT